```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Joshua J. Minix

    v.                                               Case No. 19-cv-427-PB

Hampshire House, Director, et al

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 26, 2019.  The petition is dismissed. The Clerk shall enter judgment and close the case.

                                                     /s/ Paul Barbadoro
                                                    _____
                                                    Paul Barbadoro
                                                   United States District Judge

Date: May 20, 2019

cc:   Joshua Minix